IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01464-BNB

WILLIAM LEE LORNES, also known as
WILLIAM LEE LORNES THE III,

      Plaintiff,

v.

MHCED,

      Defendant.

ORDER OF DISMISSAL

      Plaintiff, William Lee Lornes, also known as William Lee Lornes the III, currently is detained at the Denver Van Cise-Simonet Detention Center. The caption of this order has been corrected to include his alias. Mr. Lornes filed *pro se* a Prisoner Complaint (ECF No. 1) alleging violations of his constitutional rights. He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

      On June 22, 2012, Magistrate Judge Boyd N. Boland entered an order (ECF No. 7) directing Mr. Lornes to file an amended complaint within thirty days that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and alleged the personal participation of each named Defendant. The June 22 order warned Mr. Lornes that if he failed to file an amended complaint within the time allowed, the complaint and the action would be dismissed.

      On July 6 and 9, 2012, Mr. Lornes filed two inmate trust fund account statements (ECF Nos. 8 and 9), neither of which he was ordered to file, that included the docket

number for the instant action. On July 23, 2012, Mr. Lornes submitted an inmate trust fund account statement (ECF No. 10) and inmate grievance form (ECF No. 11), neither of which he was ordered to file and both of which lacked a designated docket number, that were filed in each of the cases he initiated in this Court. Mr. Lornes is advised that any document he wishes to file in any of his cases in the future must bear the docket number for the case in which he wants the document filed.

Mr. Lornes has failed within the time allowed to file an amended complaint as directed. Therefore, the complaint and the action will be dismissed for Mr. Lornes' failure to file an amended complaint as directed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Lornes files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, William Lee Lornes, within the time allowed, to file an amended complaint as directed in the order of June 22, 2012. It is

FURTHER ORDERED that the clerk of the Court is directed to add the alias, William Lee Lornes the III, to the docketing records for this case.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any document Mr. Lornes wishes to file in any of his cases in this Court in the future must bear the docket number for the case in which he wants the document to be filed.

DATED at Denver, Colorado, this  3rd  day of     August        , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court